United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| PRISCILLA VASQUEZ AND ALBERT VASQUEZ | § § § § | |
| | § | CIVIL ACTION NO. 7:24-cv-156 |
| Plaintiffs, | § § | |
| v. | § § | |
| HOMESITE INSURANCE COMPANY | § § | On removal from the County Civil Court at Law No. 10 of Hidalgo |
| Defendant. | § § § | County, Texas Cause No. CL-24-1052-J |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration, Plaintiffs' Motion to Dismiss the above entitled and numbered cause with prejudice as to the Defendant, HOMESITE INSURANCE COMPANY, and the court having considered said Motion is of the opinion that same should be granted.

It is, therefore, ORDERED that the above entitled and numbered cause be, and same is hereby dismissed with prejudice to the right of Plaintiffs, PRISCILLA VASQUEZ and ALBERT VASQUEZ, to ever reassert the claims and cause of action asserted therein as to the Defendant, HOMESITE INSURANCE COMPANY. (Costs of court are taxed against the party incurring same.)

SIGNED this 15th day of October 2025.

_Randy Crane_
JUDGE PRESIDING

APPROVED:

**PALKER LAW FIRM, PLLC**

By: */s/ Jason Palker*
Jason Palker
State Bar Number 24108248
Federal Bar Number 3633290
Raul De La Garza
Attorney in Charge
State Bar Number 24087394
Federal Bar Number 2328369
4428 S. McColl Rd.
Edinburg, Texas 78539
Telephone (956) 320-0270
Email: service@palkerlaw.com

**ATTORNEYS FOR PLAINTIFFS**


**THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION**

By: _____
Steven F. Hudgins
Attorney in Charge
State Bar Number 00793993
Southern District Bar Number 19623
Kevin Orr
State Bar Number 24111043
Southern District Bar Number 3485600
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile (713) 623-2793
shudgins@hudgins-law.com
korr@hudgins-law.com

**ATTORNEYS FOR DEFENDANT**